### Holsey v. The State.

The evidence warranted the verdict, and there was no error in refusing a new trial.                                    *Judgment affirmed.* .

June 13, 1892.

Criminal law.    New trial.    Before Judge Fish.    Lee superior court.    March term, 1892.

Conviction of hog-stealing; exception to overruling motion for a new trial, the sole grounds of the motion being that the verdict was contrary to law and evidence. There was testimony for the State that Gill's hogs failed to come up in the evening as usual, and after considerable calling only one of them came, and on examination its eyes were found to have been shot out; that search
v 89-28

was made in a swamp, and hog-tracks were found going in the direction of the defendant's house, across a creek, led and followed by human tracks, one of which Gill testified he recognized as defendant's track; that the hogs were found in the defendant's possession at his house, six miles from where Gill lived, and signs were found on the premises, indicating that a hog had been slaughtered; that when the searchers first approached the defendant he said he had some hogs to sell, but he afterwards claimed to have taken them out of his field where he said they were rooting up his corn, etc. Witnesses for the defendant testified that the defendant told them, when he was putting his hogs into the pen, that he had taken them out of his field, and wanted to know whose they were; that he notified the neighbors, etc.; and the defendant in his statement denied having been in the swamp, or having said he had any hogs to sell, and gave an account in conflict with the State's testimony.

FORT & WATSON and W. H. KIMBROUGH, for plaintiff in error.

C. B. HUDSON, solicitor-general, contra.